**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>     Plaintiff,<br><br>     vs.<br><br>CENTRAL PAYMENT CORPORATION,<br><br>     Defendant. | **Case No.:  14-CV-0042 YGR**<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT; DIRECTING SERVICE ON DEFENDANT CENTRAL PAYMENT CORPORATION** |

On April 28, 2014, Plaintiff Ronald Satish Emrit filed a Motion for Leave to Amend Complaint. (Dkt. No. 17.)  Upon consideration of Plaintiff's Motion and the Order of the Court Adopting Report and Recommendations, Dkt. No. 16, wherein Plaintiff's application to proceed *in Forma Pauperis* was granted and Plaintiff's complaint was dismissed with leave to amend, the Court hereby **GRANTS** Plaintiff's Motion and directs the Clerk of the Court to issue summons, and the U.S. Marshal to serve a copy of the First Amended Complaint, all attachments thereto (Dkt. No. 18), and a copy of this Order upon Defendant.

**IT IS SO ORDERED.**

**Dated: May 29, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**