# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTRAL PAYMENT CORPORATION,<br><br>    Defendant. | **Case No.: 14-CV-0042 YGR**<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** |

Whereas Plaintiff has moved to voluntarily dismiss this action with prejudice (Dkt. No. 25), and Defendant has not appeared in this action, Plaintiff's request for dismissal is Granted and all other motions and requests (Dkt. Nos. 24, 26) are denied as moot.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

**Dated: July 8, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**