**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD SATISH EMRIT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTRAL PAYMENT CORPORATION,<br><br>    Defendant. | **Case No.: 14-CV-0042 YGR**<br><br>**ORDER REGARDING PLAINTIFF'S MOTION IN LIMINE** |

The relief sought by Plaintiff's "motion," Dkt. No. 31, is not comprehensible. A "motion in limine" relates to a motion brought in anticipation of a trial. This case has settled and is closed. Accordingly, the motion is stricken as moot. No further action will be taken.

**IT IS SO ORDERED.**

**Dated: August 19, 2014**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**